**Petition for Writ of Injunction Denied and Memorandum Opinion filed October 21, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00448-CV
_____


## IN RE ASTRA OIL TRADING NV AND ASTRA OIL COMPANY, LLC, Relators

**ORIGINAL PROCEEDING**
**WRIT OF PROHIBITION**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2016-43650**

## MEMORANDUM OPINION

On August 9, 2021, relators Astra Oil Trading NV and Astra Oil Company, LLC filed a petition for writ of injunction and motion for emergency temporary relief in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this Court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to issue a temporary, emergency injunction that (a) immediately enjoins the real parties in interest from

taking any action to pursue the claims in the arbitration; and (b) grant relators' petition for writ of injunction, immediately enjoining the real parties in interest from taking any action to pursue the claims in the arbitration.

Relators have not established that they are entitled to injunctive relief. Accordingly, we deny relators' petition for writ of injunction and motion for emergency temporary relief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.